| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

EARNEST LYNN ROSS, §
　　　　　　　　　　　　　　§
　　　　Movant, §
　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 4:23-CV-641
　　　　　　　　　　　　　　§
UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　§
　　　　Respondent. §

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Movant, Earnest Lynn Ross, an inmate currently confined at the Connally Unit of the Texas Department of Criminal Justice, Correctional Institution Division, proceeding *pro se*, filed this motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 challenging his Eastern District of Texas conviction and sentence.

The court referred this matter to the Honorable Bill Davis, United States Magistrate Judge, at Plano, Texas, for consideration pursuant to the applicable laws and orders of this court. On May 16, 2025, the magistrate judge entered a Report and Recommendation (#11) in which he recommended denying the motion as time-barred and dismissing this case with prejudice. The magistrate judge also recommended denying a certificate of appealability. To date, Movant has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of United States Magistrate Judge (#11) is **ADOPTED**. As Movant's motion to vacate, set aside, or correct sentence is time-barred, his pending Motion to Appoint Counsel (#4), Motion for Bond (#5) and Motion for Evidentiary Hearing (#6) are **DISMISSED** as **MOOT**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

SIGNED at Beaumont, Texas, this 6th day of August, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE